[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 12, 2010
JOHN LEY
CLERK

_____

No. 09-16339
Non-Argument Calendar

_____

D. C. Docket No. 07-00105-CR-1-CG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTHONY SMITH,
a.k.a. Antonio Smith,
a.k.a. Tony Smith,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(August 12, 2010)

Before DUBINA, Chief Judge, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Robert Ratliff, appointed counsel for Anthony Smith in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Smith's supervised release and resulting sentence are **AFFIRMED**.